FILED

JUN 10 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1 : 2 6 CR 0 0 2 8 4 |
| | ) | Title 18, United States Code, |
| WILLIAM JENKINS, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | **JUDGE BRENNAN** |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about October 31, 2025, in the Northern District of Ohio, Eastern Division,

Defendant WILLIAM JENKINS, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, that being Attempted Murder, on or

about May 24, 2016, in Case No. CR-16-602658-A, Cuyahoga County Court of Common Pleas,

knowingly possessed a firearm, to wit: a Glock Model 30S, .45 caliber pistol, bearing serial

number YKG574, said firearm having been shipped and transported in interstate commerce, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations in Count 1 are incorporated herein by reference.  As a result of the foregoing offense, Defendant WILLIAM JENKINS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein, including but not limited to, a Glock Model 30S, .45 caliber pistol, bearing serial number YKG574, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2